IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALWANNA KNIGHT,                          )
                                         )
                Plaintiff,               )
                                         )
        v.                               )    No.  12 C 11
                                         )    USCA No. 12-1132
AURORA LOAN SERVICES, LLC,               )
                                         )
                Defendant.               )

MEMORANDUM[1]

Among the bizarre steps taken by pro se plaintiff Alwanna

Knight ("Knight") in this action, the most recent is her filing

of an appeal even though this Court had not issued any

dispositive order in the case.  On January 5, 2012 this Court

issued a memorandum order that explained why Knight was not

entitled to in forma pauperis treatment, not in financial terms

but because of her failure to assert a nonfrivolous claim in the

legal sense.  Then on January 17 Knight filed a notice of appeal

that added this Court to the coterie of judges and others who are

assertedly conspiring against her, and on January 25 she tendered

to the Court of Appeals her motion seeking leave to appeal in

forma pauperis, whereupon that court ordered the motion to be

transferred to this District Court for ruling.  On February 1

this Court responded by issuing another memorandum order II")

_____

   [1]  This memorandum repeats, often verbatim, some of the
things stated in the two earlier orders to which it refers.  That
has been done simply to make clear the background that gives rise
to this memorandum.

that denied Knight's in forma pauperis motion and concluded by
"reminding her (as the Court of Appeals' order did) that to place
the same motion before that court she must refile her motion
there (see Fed. R. App. P. 24)."

All of this has placed this action in limbo because it would
appear that Knight's attempted appeal has ousted this Court of
jurisdiction. And whatever result may obtain in the Court of
Appeals in connection with any retendering of her in forma
pauperis effort there, the merits of Knight's substantive claims
(or more accurately, what appears to be their lack of merit) will
not have been resolved at that point. Accordingly this Court
respectfully requests that it be notified forthwith as and when
the Court of Appeals takes action on Knight's appeal.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 5, 2012